USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 4
DATE FILED: 3/31/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMERA MARITIME (HELLAS) LIMITED

          Plaintiff,

-v-

BRAVE BULK TRANSPORT LTD. and WELLINGTON SHIPPING LIMITED,

          Defendant.

No. 09 Civ. 1997 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Upon Plaintiff's March 20, 2009 application pursuant to Federal Rule of Civil Procedure 41(a)(1), it is HEREBY ORDERED THAT this action be dismissed without prejudice. Any garnishees holding funds pursuant to the Writ of Maritime Attachment and Garnishment previously issued in this matter are directed to release those funds.

    IT IS FURTHER ORDERED THAT, because Plaintiff has proffered no basis for maintaining this dismissed action under seal, the Clerk of the Court shall unseal this now-closed case.

    IT IS FURTHER ORDERED THAT any subsequent action commenced in this District related to the same operative facts and maritime claim shall include a copy of this Order and be referred to the undersigned as a related case.

Dated:    March 30, 2009
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE