## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York - GREETINGS:

WHEREAS, a complaint has been filed in the United States District Court for the Southern District of New York on the 4th day of March, 2009 by

PRIMERA MARITIME (HELLAS) LIMITED,
Plaintiff,
-against-

BRAVE BULK TRANSPORT LTD. and WELLINGTON SHIPPING LIMITED,
Defendants

in a certain action for breach of a charter party alleging to be due and owing the said Plaintiff the amount of **US$7,688,186** and praying for process of maritime attachment and garnishment against the said Defendant; and

WHEREAS, this process is issued pursuant to such prayer and requires that each garnishee shall serve its answer, together with answers to any interrogatories served with the complaint, within 20 days Defendant, and after service of process upon it and requires that each defendant shall serve its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

1. NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District you attach goods and chattels to the amount sued for; and if such property cannot be found that you attach credits and effects to the amount sued for, in the hands of garnishees in this district (1) ABN Amro Bank N.V.; (2) American Express Bank Ltd.; (3) Bank of America, N.A.; (4) The Bank of New York; (5) Citibank, N.A.; (6) HSBC Bank USA; (7) JP Morgan Chase Bank, N.A.; (8) Standard Chartered Bank; (9) Wachovia Bank, N.A. – New York; (10) Northern Trust; (11) Bank of China; (12) Bank of Communications; (13) BNP Paribas; (14) Deutsche Bank; (15) UBS; (16) Societe Generale New York; to wit: cash, funds, freight, hire, credits and owing up to the total sum of **US$7,688,186** and any other property in whatever form belonging to defendant, including but not limited to electronic fund transfers originated by, payable to or otherwise for the benefit of defendant, whether to or from Defendant's foreign banks, or any other electronic fund transfers and that you promptly after execution of this process, file the same in this Court, with your return thereon.

WITNESS, the Honorable Kimba M. Wood, Chief Judge of said Court, this ___ day of March 2009, in the year of our Lord two thousand eight, and of our Independence the two hundred and thirty second.

| | |
|---|---|
| BLANK ROME LLP | J. MICHAEL McMAHON |
| Jack A. Greenbaum (JG 0039) | CLERK |
| The Chrysler Building | |
| 405 Lexington Ave. | By:_____ |
| New York, NY 10174 | Deputy Clerk |
| Tel.: (212) 885-5000 | |
| Attorneys for Plaintiff | |

*NOTE: This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.*

SDNY Form No. 2, PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT